THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELERIE JONES-COE,<br><br>                Plaintiff,<br>  v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>                Defendants. | Case No. 05-1056 (JDB) |

## DEFENDANTS MAYOR WILLIAMS AND DIRECTOR KNISLEY'S MOTION TO DISMISS[1]

Mayor Anthony Williams and Director Knisley, through counsel, move this Honorable Court to dismiss the complaint against them with prejudice. As grounds, Mayor Williams and Director state that the Complaint names him only in his official capacity.

The attached Memorandum of Points and Authorities is incorporated herein by this reference.

                                          Respectfully submitted,

                                          ROBERT J. SPAGNOLETTI
                                          Attorney General for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division

                                          _____/s/_____
                                          MICHAEL STERN [354696]
                                          Section Chief
                                          General Litigation § II

---

[1] Fed. R. Civ. P. 4 (j) (2) requires, in pertinent part, that municipal corporation such as the District of Columbia, be served by delivering a copy of the summons and complaint to the chief executive officer. The Office of the Secretary's date stamp indicates that the Mayor was served on June 9, 2005. See Exhibit A attached, copy of the summons with the Secretary of D.C. date-stamp, indicating the date the Mayor was served.

BY: _____/s/_____ _____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001
(direct)(202) 724-6519, (202) 724-6669
 (fax) (202) 727-3625
e-mail: louise.phillips@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this 29th day of June, 2005, to:

Velerie Jones-Coe
1875 Savannah Place, SE
Washington, D. C. 20020

_____/s/_____
E. Louise R. Phillips
Assistant Attorney General

THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

VELERIE JONES-COE,

        Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.,*

        Defendants

Case No. 05-1056 (JDB)

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS MAYOR WILLIAMS AND DIRECTOR KNISLEY'S MOTION TO DISMISS

In support of the Motion to Dismiss Plaintiff's Complaint, defendants Mayor Williams and Director Knisley herein state as follows:

Preliminary Statement

Plaintiff filed her complaint, alleging employment discrimination raised pursuant to Title I of the Human Rights Act of 1977 and Title II of the Americans with Disabilities Act. The complaint contains only official capacity allegations against Mayor Williams and Director Knisley, and for the following reasons the instant lawsuit should be dismissed as against Mayor Williams and Director Knisley.

Argument

I.    The lawsuit against Mayor Williams and Director Knisley is an official-capacity suit.

Plaintiff has sued Mayor Williams and Director Knisley in their official capacity. (See Complaint generally.) The U.S. Supreme Court has ruled upon the issue of official-capacity suits. The Court has held that,

> Official-capacity suits..."generally represent only another way of pleading an action against an entity of which an officer is an agent." [Citation omitted.] As long as the government entity receives notice and an opportunity to respond, an official-capacity suit is, in all respects other

3

> than name, to be treated as a suit against the entity. [Citation omitted.] ...the real party in interest is the entity. Thus, ... a plaintiff seeking to recover on a damages judgment in an official-capacity suit must look to the government entity itself.

*Kentucky v. Graham*, 473 U.S. 159 (1985). Consequently, the District of Columbia is the proper party defendant, and the action against Mayor Williams and Director Knisley should be dismissed.

WHEREFORE, Mayor Williams and Director Knisley seek dismissal of the instant lawsuit against them with prejudice.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
MICHAEL STERN [354696]
Section Chief
General Litigation § II

BY: _____/s/_____
   E. LOUISE R. PHILLIPS [422074]
   Assistant Attorney General
   441 4th Street, N.W., Sixth Floor South
   Washington, D.C.  20001
   (direct)(202) 724-6519, (202) 724-6669
   (fax) (202) 727-3625
   e-mail: louise.phillips@dc.gov