THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

VELERIE JONES-COE,

        Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.,*

        Defendants

Case No. 05-1056 (JDB)

## ORDER

Upon consideration of Mayor William and Director Knisley's Motion to Dismiss, the Memorandum of Points and Authorities, any Opposition by plaintiff, and the entire record herein, it is this _____ day of _____, 2005,

ORDERED:   That Mayor William and Director Knisley's motion is granted and the complaint as against them is dismissed with prejudice.

_____
Judge John D. Bates