THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

VELERIE JONES-COE,

        Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.*,

        Defendants.

Case No. 05-1056 (JDB)

### ANSWER OF DEFENDANT DISTRICT OF COLUMBIA
### TO PLAINTIFF'S COMPLAINT[1]

### FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The paragraph entitled "Introduction" contains the conclusions of and by the pleader to which no response is required.

    1.    The defendant acknowledges the existence of the statutes mentioned in paragraph 1 of the complaint, however, the allegations made in this paragraph are conclusions of and by the pleader to which no response is required.

    2.    The allegations in paragraph 2 are legal conclusions of and by the pleader to which no response is required; however, if a response is required, Defendant denies the allegations asserted in paragraph 2.

---

[1] Fed. R. Civ. P. 4 (j) (2) requires, in pertinent part, that municipal corporation such as the District of Columbia, be served by delivering a copy of the summons and complaint to the chief executive officer. The Office of the Secretary's date stamp indicates that the Mayor was served on June 9, 2005. See Exhibit A attached, copy of the summons with the Secretary of D.C. date-stamp, indicating the date the Mayor was served.

3. The allegations in paragraph 3 are conclusions of and by the pleader to which no response is required; however, if a response is required, Defendant denies the allegations asserted in paragraph 3.

4. The allegations made in paragraph 4 are legal conclusions by the pleader to which no response is required. If an answer is deemed required, Defendant denies the allegations contained in paragraph 4.

5. The defendant acknowledges the existence of the statutes mentioned in paragraph 5 of the complaint, yet the allegations made in this paragraph are conclusions of and by the pleader to which no response is required.

### RELIEF SOUGHT

The paragraph entitled "Relief Sought" contains the requests of Plaintiff for relief, to which no answer in required. Defendant specifically denies all allegations of negligence or wrongdoing contained within.

Unless specifically admitted, all other allegations, not heretofore addressed, are denied.

### THIRD DEFENSE

Plaintiff has failed to mitigate any damages that she may have incurred.

### FOURTH DEFENSE

Actions taken by Defendant District of Columbia towards Plaintiff have at all times been fair, for good cause, in compliance with applicable laws and regulations, and for a legitimate, non-retaliatory reason. If it is determined that an agent or employee of the defendant did a wrongful act, said act was not within the scope of employment of said agent or employee.

**FIFTH DEFENSE**

Plaintiff has failed to exhaust her administrative remedies.

**SIXTH DEFENSE**

Plaintiff's claims are barred by the applicable statute of limitation, or by D.C. Official Code Section 12-309.

**SEVENTH DEFENSE**

Defendants are protected by the doctrines of governmental, discretionary function, and official immunity, as well as by the doctrine of qualified immunity.

**EIGHTH DEFENSE**

Plaintiff may have failed to follow disseminated grievance procedures or otherwise prevent herself from harm.

**NINTH DEFENSE**

The District of Columbia maintained adequate policies and practices against sexual harassment of which the workforce was aware.

**TENTH DEFENSE**

Plaintiff may have failed to timely file a charge of discrimination with the EEOC and/or the Office of Human Rights.

**ELEVENTH DEFENSE**

Plaintiff would have been subjected to the alleged employment actions even if she had not engaged in protected activity.

**SET OFF**

The District claims a set-off for any debts plaintiff owes to it and for any benefits it may have given or conferred upon plaintiff, including, without limitation, unpaid taxes, health and hospital care, the cost of any care or treatment of plaintiff rendered or paid for by the defendant through any means, Medicare or Medicaid, AFDC, GPA, Police and Firemen's Fund or other benefit.

## JURY DEMAND

Defendant hereby demands a jury consisting of the maximum allowed by law to hear and decide this case.

**WHEREFORE**, defendants respectfully urge the Court to dismiss the complaint with prejudice.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
MICHAEL STERN [354696]
Section Chief
General Litigation § II

BY: _____/s/_____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C.  20001
(direct)(202) 724-6519, (202) 724-6669
(fax) (202) 727-3625
e-mail: louise.phillips@dc.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this <u>29</u>[th] day of June, 2005, to:

Velerie Jones-Coe
1875 Savannah Place, SE
Washington, D. C. 20020

                                                _____/s/_____
                                                E. Louise R. Phillips
                                                Assistant Attorney General

6