# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL ACTION

VELERIE JONES-COE

v.    CASE NUMBER: 05-1056 JDB

DISTRICT OF COLUMBIA, ET AL

WITHOUT PREPAYMENT OF COSTS

TO: (Name & Address of Defendant)

ANTHONY WILLIAMS, MAYOR
DISTRICT OF COLUMBIA
~~441 4TH STREET, N.W.~~ 1350 Penn. Ave., NW. Rm. 419  To Brayton
WASHINGTON, D.C. 20001

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

PRO SE PLAINTIFF (name & address)

VELERIE JONES-COE
1875 SAVANNAH PLACE, S.E.
WASHINGTON, D.C. 20020

an answer to the __COMPLAINT__ which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the __COMPLAINT__. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED 2005 JUN -2 P 3:27 U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA

NANCY MAYER-WHITTINGTON, Clerk

By: _____ Deputy Clerk

Date: JUN 02 2005

L. Phillips
GL2
SECRETARY OF D.C. 2005 JUN -9 P 4:21