UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VELERIE JONES-COE,

    Plaintiff,

        v.                                         Civil Action No.  05-1056 (JDB)

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

## ORDER

Defendants Williams and Knisley, by counsel, have filed a motion to dismiss the complaint.  Because a ruling on this motion may dispose of this action as to these defendants, the Court advises the *pro se* plaintiff of her obligations under the Federal Rules of Civil Procedure and the local rules of this Court.  *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981).

Plaintiff is advised that the Court will rule on the defendants' motion taking into consideration the facts proffered by plaintiff in her complaint, along with her response or opposition to the motion.  Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or <u>at such other time as the court may direct</u>, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.  If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b) (emphasis added).  If plaintiff fails to respond to the motion, the Court may grant the motion and dismiss the case.  *Fox v. Strickland*, 837 F.2d at 509.

In addition, plaintiff is directed to Rule 6(e) of the Federal Rules of Civil Procedure which

provides:

> Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party [by mail], 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e).

Accordingly, it is hereby

ORDERED that plaintiff shall file her opposition or other response to defendants' motion by **July 29, 2005**. If plaintiff fails to respond timely, the Court may treat the motion as conceded and may dismiss the case as to these defendants.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Dated:   July 1, 2005