RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2005 JUL 29 PM 10: 27

NANCY M.
MAYER-WHITTINGTON
CLERK

## IN THE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELERIE JONES-COE,   Pro Se ) | |
| ) | |
| Plaintiff ) | Civil Action No. 05-1056 (JDB) |
| ) | |
| v. ) | |
| ) | In forma Pauperis petition filed |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |

### RESPONSE TO 'ANSWER OF DEFENDANT DISTRICT OF COLUBMIA TO PLAINTIFF'S COMPLAINT'

1.    On May 6, 2005, the Plaintiff, Velerie Jones-Coe, acting pro se, filed suit against the District of Columbia, a municipal corporation, Anthony Williams, in his Official capacity as Mayor of the District of Columbia, and Martha Knisely, in her Official capacity as Director of the District of Columbia Department of Mental Health, alleging non-compliance with Title II of the Americans with Disabilities Act, and Title VII of the Civil Rights Act of 1964, and Title *, Chapter 25 of the Human Rights Act of 1977. Plaintiff is a former employee of the District of Columbia Government.

2.    In her original complaint, Plaintiff merely followed the "Instructions for Filing a Civil Complaint" in the United States District Court for the District of Columbia (copy attached). Defendants answered with the assertion that Petitioner's complaint is technically insufficient.

3.    Plaintiff contend that Defendants assertions are errors that are essentially harmless. Petitioner respectfully request this Court to allow her the opportunity to file an amended complaint. And where Defendant's denies any acts of wrongdoing, Petitioner respectfully request this Court to allow her the opportunity to prove the following set of facts in support of her claim which would entitle her to relief:

   (a).   Defendants retaliated against Petitioner by terminating her employment because she was disable;
   (b).   Defendant failed to apply the same conditional offer of employment to employee(s) not covered under the American with Disabilities Act;

     (c)     Defendant retaliated and illegally interfered with Petitioner's disability benefits, resulting in the termination of benefits;

     (d).    Defendants continue to retaliate against Petitioner by refusing employment of Petitioner, who is covered by the Americans with Disabilities Act, while allowing employment to employees not covered by the Americans with (e).

     Disabilities Act; Defendant's continued discriminatory and retaliatory practices has cause Petitioner mental anguish and economic hardships.

Wherefore, Petitioner humbly ask this Court to allow her the opportunity to amend her complaint within a given timeframe, and allow her the opportunity to prove a set of facts in support of her claim. Petitioner, further ask this Court to deny Defendants motion to dismiss with prejudice.

                           Respectfully submitted,

                           Velerie Jones-Coe
                           Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED, FIRST CLASS, THIS 29TH DAY OF July, 2005, to:

Robert J. Spagnoletti
Attorney General for the District of Columbia

George C. Valentine
Deputy Attorney General
Civil Litigation Division

E. Louise R. Phillips (422074)
Assistant Attorney General
4th Street, N.W., Sixth Floor South
Washington, D.C. 20001

*Velerie Jones-Coe*
Velerie Jones-Coe
Plaintiff, Pro Se