RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

2005 JUL 29  PM 10: 27

NANCY M.
MAYER-WHITTINGTON
CLERK

)
)
VELERIE JONES-COE,      Pro Se      )
)
    Plaintiff      )      Civil Action No. 05-1056 (JDB)
)
    v.      )
)      In forma Pauperis petition filed
DISTRICT OF COLUMBIA, et al.,      )
)
)
)

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGEMENT BY DEFAULT**

Where this Court required the District of Columbia, a municipal corporation,[1] to file an

answer to the Complaint within 20 days after service of the summons, the District of

Columbia has failed to timely file an answer within the specified time, and has failed to

move this court for an enlargement of time to file an answer.

Wherein the District of Columbia Government is a municipal corporation, the Office of

the Attorney General[2] received the Summons in Civil Action No. 05-1056 (JDB) on June

---

[1] As noted in Defendants Memorandum of Points and Authorities, dated June 9, 2005 citing Kentucky v.
Graham, 473 U.S. 159 (1985), the U.S. Supreme Court has ruled upon the issue of official capacity suites.
The Court has held that…As long as the government entity receives notice and an opportunity to respond,
an official-capacity suit is, in all respects other than name, to be treated as a suite against the entity.
(Citation omitted)…the real party in interest is the entity…

[2] Fed. R. Civ. P. 4(E)(4), requires, Upon the United States, by delivering a copy of the summons and of the
complaint to the United States attorney for the District in which the action is brought or to an assistant
United States attorney or clerical employee designated by the United States attorney in a writing filed with
the clerk of the court and by sending a copy of the summons and of the complaint by registered or certified
mail to the Attorney General of the United States at Washington, District of Columbia, and in any action

7, 2005. Consequently, service was proper upon the District of Columbia. Also, according to the attached instructions, "Preparation and execution of summons will be the responsibility of the Court, not the litigant, when the Court grants in forma pauperis status. Once the District Government was in receipt of the complaint, accompanied by proper service, triggered the twenty-day period within which to answer. The District of Columbia did not file its answer until June 29, 2005.

Wherefore, Defendant has failed to file an answer to the Complaint within the twenty days after service of the summons, Plaintiff respectfully urge this Court to Enter a Judgement By Default and grant the relief sough in the dollar amount requested in Petitioner's Complaint.

Respectfully submitted,

Velerie Jones-Coe
Plaintiff, Pro Se

---

attacking the validity of an order of an officer or agency of the United States not made a party, by also sending a copy of the summons and of the complaint by registered or certified mail to such officer or agency.

Rev. 2/05
NP

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## INSTRUCTIONS FOR FILING A CIVIL COMPLAINT

The filing fee to file a new civil action is $250.00. If you cannot afford to pay the filing fee, you may ask the Court to permit you to proceed without prepayment of costs. To do this, you must complete and sign the attached form and submit it with your original complaint.

* Your complaint must set forth the facts of your case and indicate what kind of relief you seek from the Court.

* The name of this Court must be written at the top of the first page.

* All plaintiffs & defendants to the suit must be named in the caption. This prohibits the use of et al. in the caption. Addresses for all defendants assists the Court in properly serving your complaint.

* Pursuant to our Local Rules, your name, address and telephone number must be in the caption. A Post Office Box is insufficient as an address.

* The word **COMPLAINT** must appear under the caption.

* Your complaint must be legibly handwritten or typed on white, letter-size (8-1/2 x 11 inch) paper. Do not write on the back of the page. Your complaint must be double spaced. If you are requesting a jury trial, the demand must be stated in your complaint.

* You must file the originally signed complaint, as well as the originally signed application to proceed in forma pauperis. DO NOT SEND BOTH THE FILING FEE AND THE APPLICATION TO PROCEED IN FORMA PAUPERIS.

* Preparation and execution of summons will be the responsibility of the Court, not the litigant, when the Court grants *in forma pauperis* status.

* Mailing address: U.S. District Court, 333 Constitution Ave., N.W., Washington, D.C. 20001.

NANCY MAYER-WHITTINGTON, CLERK

n:\Forms\New Case Instructions - Non-Prisoner 020705

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED, FIRST CLASS, THIS 29TH DAY OF July, 2005, to:

Robert J. Spagnoletti
Attorney General for the District of Columbia

George C. Valentine
Deputy Attorney General
Civil Litigation Division

E. Louise R. Phillips (422074)
Assistant Attorney General
4th Street, N.W., Sixth Floor South
Washington, D.C. 20001

Velerie Jones-Coe
Plaintiff, Pro Se