THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

VELERIE JONES-COE,

        Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.,*

        Defendants

Case No. 05-1056 (JDB)

**ORDER**

Upon consideration of the District Defendants' Opposition to Plaintiff's Motion for Entry of Default Judgment, and the entire record herein, it is this _____ day of August, 2005,

ORDERED: That Plaintiff's Motion for Default be denied for the reasons stated in the District's opposition.

                                  _____
                                  John D. Bates
                                  United States District Court Judge

cc:

Velerie Jones-Coe
1875 Savannah Place, SE
Washington, D. C. 20020