AO 440 (Revised-DC 1/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

*L. Phillips*
*CL2*

SUMMONS IN A CIVIL ACTION

VELERIE JONES-COE

v.   CASE NUMBER: 05-1056 JDB

DISTRICT OF COLUMBIA, ET AL

WITHOUT PREPAYMENT
OF COSTS

TO: (Name & Address of Defendant)

ANTHONY WILLIAMS, MAYOR
DISTRICT OF COLUMBIA
~~441 4TH STREET, N.W.~~ *1350 Penn. Ave., NW. Rm. 419 Tn Brayton*
WASHINGTON, D.C. 20001

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

PRO SE PLAINTIFF (name & address)

VELERIE JONES-COE
1875 SAVANNAH PLACE, S.E.
WASHINGTON, D.C. 20020

an answer to the ___COMPLAINT___ which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the ___COMPLAINT.___ Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____     Date: __JUN 02 2005__
    Deputy Clerk

*RECEIVED 2005 JUN -2 P 3:27 U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA*
*SECRETARY OF D.C. 2005 JUN -9 P 4:21*