UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VELERIE JONES-COE,**<br><br>Plaintiff,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action No. 05-1056 (JDB) |

### ORDER

\_\_\_\_\_Based on the Memorandum Opinion issued this 5th_day of October, 2005, it is hereby

**ORDERED** that defendants Mayor Williams and Director Knisley's Motion to Dismiss [Dkt.# 4] is **GRANTED**. It is hereby

**FURTHER ORDERED** that defendants Williams and Knisley are **DISMISSED**. It is hereby

**FURTHER ORDERED** that, within 30 days of this Order, the parties shall file a proposed briefing schedule or, alternatively, some other schedule to govern the future course of the proceedings.

_____
JOHN D. BATES
United States District Judge