THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

VELERIE JONES-COE,

           Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.*,

           Defendants.

Case No. 05-1056 (JDB)

## THE DISTRICT OF COLUMBIA'S MOTION TO DISMISS[1]

The District of Columbia, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(6)(b), respectfully moves this Honorable Court to dismiss plaintiff's Complaint with prejudice. As grounds therefore, the District states that Plaintiff's Complaint is untimely. A Memorandum of Points and Authorities in support of this Motion is attached hereto. Because this is a dispositive motion, no request for plaintiff's consent is required under Local Rule 7.1(m).

Plaintiff must respond to this motion within eleven days, in accordance with the Federal Rules of Civil Procedure and the local rules. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir 1988). *See also* this Court's July 1, 2005 Order which is attached to the copy mailed to plaintiff.

                                                  Respectfully submitted,

                                                  ROBERT J. SPAGNOLETTI
                                                  Attorney General for the District of Columbia

---

[1] Defendants Williams and Knisley were dismissed by an Order dated October 5, 2005. On that same date, this Court ordered a briefing schedule to be filed on or before November 5, 2005. In lieu of a briefing schedule the District submits this dispositive motion.

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____/s/_____
        NICOLE L. LYNCH (471953)
        Section Chief General Litigation § II

BY:     _____/s/_____
        E. LOUISE R. PHILLIPS [422074]
        Assistant Attorney General
        441 4th Street, N.W., Sixth Floor South
        Washington, D.C. 20001
        (direct)(202) 724-6519, (202) 724-6669
        (fax) (202) 727-3625
        e-mail: louise.phillips@dc.gov

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this 4th day of November, 2005, to:

Velerie Jones-Coe
1875 Savannah Place, SE
Washington, D. C. 20020

        _____/s/_____
        E. Louise R. Phillips
        Assistant Attorney General

THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELERIE JONES-COE,<br><br>            Plaintiff,<br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>            Defendants. | Case No. 05-1056 (JDB) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S MOTION TO DISMISS

The Court should dismiss the instant Complaint because Plaintiff's Complaint is untimely.

**I.    STATEMENT OF FACTS:**

Plaintiff claims that on February 10, 2002, "she received a copy of a "Dismissal and Notice of Rights" from the United States Equal Employment Opportunity Commission. See Plaintiff's Complaint ("Complaint"), Introduction. Her Complaint was filed May 26, 2005, alleging claims under the Americans with Disabilities Act, (ADA), although she seems to be seeking redress under Title VII and other relief. Plaintiff failed to file her Complaint within ninety days of receiving her notice letter and therefore her claims are barred and must be dismissed.

**II.    STANDARD OF REVIEW:**

A motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) should be granted when it appears that, under any reasonable reading of the complaint, the plaintiff will be unable to prove any set of facts that would justify relief. *Conley v. Gibson*, 355 U.S. 41, 45 (1957). The movant is therefore entitled to judgment if there are no allegations on the complaint that, even if

4

proven, would provide a basis for recovery. *Haynesworth v. Miller*, 820 F.2d 1245, 1254 (1987).

Although the non-moving party enjoys the benefit of all inferences that plausibly can be drawn from well-pleaded allegations of his complaint, bare conclusions of law, or sweeping and unwarranted averments of fact, will not be deemed admitted for purposes of a motion under Rule 12(b)(6). *Id*. Rather, the court need not accept inferences drawn by Plaintiff if such inferences are unsupported by the facts set out in the complaint, "[n]or must the court accept legal conclusions cast in the form of factual allegations." *Kowal v. MCI Communications Corp*., 16 F.3d 1271, 276 (1994).

**III.    ARGUMENT:**

### Plaintiff's Entire Lawsuit Must be Dismissed Because She Failed to Timely File Her Complaint

Plaintiff's claims are barred because she failed to timely file the instant lawsuit within ninety (90) days of receipt of the right-to-sue letter. See Complaint, p. 1. Timely filing is a prerequisite to the maintenance of a Title VII and/or ADA action in a federal court. A person aggrieved under Title VII of the Civil Rights Act of 1964, 42 U.S.C.S. § 2000e et seq., who seeks to file a civil action must do so within ninety days from receipt of the Equal Employment Opportunity Commission right-to-sue notice. 42 U.S.C.S. § 2000e-5 (f)(1). *See Griffin v. Acacia Life Ins. Co.,* 151 F. Supp. 2d 78 (D.C. 2001).

Plaintiff alleges in her Complaint that she received her notice letter on February 10, 2005. See Complaint, Introduction. According to the Docket Sheet, Plaintiff's Complaint was filed on May 26, 2005. See Docket Sheet entry No. 1 in *Jones-Coe v. District of Columbia,*

5

*et al*.  Here, Plaintiff claims are barred as untimely because she filed her complaint approximately a week and one-half after receipt of the right-to-sue letter.  Therefore, Plaintiff's ADA claim, and her other claims, which appear to be ADA or Title VII claims, must be dismissed with prejudice.

IV.     <u>CONCLUSION</u>

Based upon the foregoing, Defendant District of Columbia respectfully requests that an order be entered dismissing all of plaintiff's claims with prejudice.

                              Respectfully submitted,

                              ROBERT J. SPAGNOLETTI
                              Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

                              _____/s/_____
                              NICOLE L.  LYNCH (471953)
                              Section Chief General Litigation § II


BY: _____/s/_____
        E. LOUISE R. PHILLIPS [422074]
        Assistant Attorney General
        441 4th Street, N.W., Sixth Floor South
        Washington, D.C.  20001
        (direct)(202) 724-6519, (202) 724-6669
        (fax) (202) 727-3625
        e-mail: louise.phillips@dc.gov

THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

VELERIE JONES-COE,

                Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.*,

                Defendants.

Case No. 05-1056 (JDB)

## ORDER

Upon consideration of District's Motion to Dismiss, the Memorandum of Points and Authorities in Support thereto, and the entire record herein, it is by the Court on this \_\_\_\_ day of _____ hereby:

ORDERED that the Defendant's Motion is GRANTED; and it is

FURTHER ORDERED that the Complaint is dismissed with prejudice.

_____
John D. Bates
United States District Court Judge

cc by mail:

Velerie Jones-Coe
1875 Savannah Place, SE
Washington, D. C. 20020