UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VELERIE JONES-COE,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>    **Defendant.** | Civil Action No. 05-1056 (JDB) |

## ORDER

Defendant has filed a motion to dismiss. Plaintiff is proceeding *pro se*. The Court will rule on defendant's motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case.

If plaintiff fails to respond to this motion, the Court will assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

ORDERED that plaintiff shall respond to the defendant's motion to dismiss or, in the alternative, motion for summary judgment no later than 30 days from the date of this Order. If plaintiff does not respond by that date, the Court may treat the motion as conceded.

                                                                   _____
                                                                   JOHN D. BATES
                                                                   United States District Judge

DATE: November 7, 2005