# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELERIE JONES-COE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-1056 (JDB) |
| ) | In forma pauperis petition filed |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S RESPONSE TO 'THE DISTRICT OF COLUMBIA'S MOTION TO DISMISS'

On Monday, November 7, 2005 pro se Plaintiff, Velerie Jones-Coe, received the District of Columbia's Motion to Dismiss dated November 4, 2005. Plaintiff respectfully ask that this Honorable Court Deny the District's Motion to Dismiss' based on the following:

### STATEMENT OF FACTS:

Defendants provided this Honorable Court with a Memorandum of Points and Authorities in Support of the District of Columbia's Motion to Dismiss. In that Defendants 'Statement of Facts', Defendants allege that "Plaintiff's Complaint is untimely", and that "Her Complaint was filed May 26, 2005, .."

### PLAINTIFF'S RESPONSE

Defendant's statement is simply untrue. In fact, **Plaintiff filed her Complaint on May 6, 2005 and not May 26, 2005**. See attached copy of 'Complaint' filed with the U.S. District Court of the District of Columbia's date-stamp indicating the date complaint was



RECEIVED

NOV 17 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

filed (May 6, 2005). Since Plaintiff's Complaint was file on May 6, 2005, it was not filed one week and one-half after receipt of the right to sue letter, and it is within the 90 days from receipt of the Equal Employment Opportunity Commission right-to-sue notice.

## **CONCLUSION**

Based on the foregoing, Plaintiff respectfully ask this Court to deny Defendants November 4, 2005 Motion to Dismiss.

Respectfully submitted,

_____ Nov. 17, 15
Velerie Jones-Coe
1875 Savannah Place, S.E.
Washington, D.C. 20020

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this 17th day of November, 2005 to:

Robert J. Spagnoletti
Attorney General for the District of Columbia
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20002

E. Louise R. Phillips
Assistant Attorney General
441 – 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001

Velerie Jones-Coe
Pro se