THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELERIE JONES-COE,<br><br>              Plaintiff,<br>  v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>              Defendants. | Case No. 05-1056 (JDB) |

## THE DISTRICT OF COLUMBIA'S REPY TO PLAINTIFF'S OPPOSITION TO ITS MOTION TO DISMISS

The District of Columbia, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(6)(b), respectfully replies to plaintiff's opposition to its dispositive motion. Plaintiff opposes by stating that her complaint was filed on May 6, 2005. The docket ( #1) and the file copy of the complaint contained therein indicates that her complaint was filed on May 26, 2005. As such, plaintiff's complaint is time barred for the reasons stated in the District motion and must be dismissed with prejudice.

                                    Respectfully submitted,

                                      ROBERT J. SPAGNOLETTI
                                    Attorney General for the District of Columbia

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General
                                      Civil Litigation Division

                                      _____/s/_____
                                      NICOLE L. LYNCH (471953)
                                      Section Chief General Litigation § II

                                      BY: _____/s/_____
                                           E. LOUISE R. PHILLIPS [422074]

2

Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C.  20001
(direct)(202) 724-6519, (202) 724-6669
(fax) (202) 727-3625
e-mail: louise.phillips@dc.gov


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this 1st  day of December, 2005, to:

Velerie Jones-Coe
1875 Savannah Place, SE
Washington, D. C. 20020


_____/s/_____
E. Louise R. Phillips
Assistant Attorney General