UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VELERIE JONES-COE,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>    **Defendant.** | Civil Action No.  05-1056 (JDB) |

## ORDER

_____Based on the Memorandum Opinion issued this 16th_day of December, 2005, it is hereby

**ORDERED** that defendant's motion to dismiss [Dkt.# 12] is **DENIED**.


_____
JOHN D. BATES
United States District Judge