THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELERIE JONES-COE,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Case No. 05-1056 (JDB) |

## LOCAL RULE 16.3 MEET AND CONFER STATEMENT

Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 16.3, and the Court's Order, the District of Columbia, by and through its counsel for record, and plaintiff Velerie Jones-Coe respectfully submit the following Report[1]:

Plaintiff, acting pro se, claims discrimination allegedly pursuant to the American with Disabilities Act, Title VII and the Human Rights Act.

Defendant District of Columbia denies all allegations of wrongdoing, including but not limited to violations of common law, statutory and constitutional violations. Defendants Mayor Williams and Director Knisely were dismissed by order of this Court dated October 6, 2005.

1.     Defendant District of Columbia believes that the claims against them are likely to be disposed of by motion filed after the close of discovery. The defendant believes that a deadline for dispositive motions should be set at the conclusion of all discovery. At this time, Plaintiff has no opinion because she is not a lawyer.

2.     The Parties do not anticipate requiring the addition of any parties or any further amendments to the pleadings. Should any party determine that it is appropriate to add an additional party or to amend the pleadings, the Parties believe that any amendment to the pleadings and or the addition of additional parties should occur within 60 days of the issuance of the Scheduling Order.

3.     The District does not believe that the matter should be set before a magistrate judge for all purposes, including trial, but does agree that mediation should be conducted by a magistrate judge. Plaintiff agrees.

---

[1] Plaintiff and defense counsel discussed the Statement via telephone on March 1, 2006. Plaintiff has agreed to the contents but has not seen the statement.

4. The District believes that there may be a realistic possibility of settling the case after reasonable opportunity for discovery. Plaintiff agrees.

5. The Parties are willing to have the matter referred to mediation after factual discovery has been completed.

6. The Parties propose the following case management schedule for consideration by the Court:

(a) Initial disclosures under 26 (a) (1) should be made within 30 days following the scheduling conference.

(b) Factual discovery should be completed by August 25, 2006. All written discovery requests are to be served by June 15, 2006.

(c) At this time, Plaintiff does not believe she will need an expert. However, should Plaintiff chose to retain an expert, her Federal Rule of Civil Procedure 26(a)(2) Statements should be served by plaintiff on September 24, 2006; defendant's 26(a)(2) Statements should be served by October 24, 2006. All expert discovery, including depositions, should be concluded by December 1, 2006.

7. This is not a class action.

8. The defendant believes that the trial should be bifurcated with respect to the constitutional issues. To the extent that Plaintiff seeks punitive damages, the District believes that bifurcation on the punitive damages aspect would also be appropriate. At this time, Plaintiff has no opinion because she is not a lawyer.

9. The Parties proposes that a final pretrial conference be set within 60 days after the Court rules on dispositive motions.

10. The District proposes that the Court should defer setting a trial date until the final pretrial conference. Plaintiff reserves the right to have a trial date set during the Status currently set for March 7, 2006.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General

3

Civil Litigation Division

                                 _____/s/_____
                                 NICOLE L. LYNCH (471953)
                                 Section Chief General Litigation § II

BY:            _____/s/_____
                                 E. LOUISE R. PHILLIPS [422074]
                                 Assistant Attorney General
                                 441 4th Street, N.W., Sixth Floor South
                                 Washington, D.C. 20001
                                 (direct)(202) 724-6519, (202) 724-6669
                                 (fax) (202) 727-3625
                                 e-mail: louise.phillips@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing and a copy of the Order for Initial Scheduling Conference was mailed, first class, postage prepaid, this 1st day of March, 2006,

to:

Velerie Jones-Coe
1875 Savannah Place, SE
Washington, D. C. 20020

                                      _____/s/_____
                                      E. Louise R. Phillips
                                      Assistant Attorney General