

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VELERIE JONES-COE,           )
                             )
        Plaintiff,           )
                             )   Civil Action No. 05-1056 (JDB)
    v.                       )
                             )
DISTRICT OF COLUMBIA, et al.,)
                             )
        Defendants.          )
_____)

### INITIAL SCHEDULING ORDER

Pursuant to the conference with the Court on March 7, 2006, and the Joint Rule 16.3 Report, it is hereby ORDERED as follows:

1. All discovery shall be completed by August 25, 2006. The parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure. The parties are limited to 5 depositions and 30 interrogatories, per side.

2. Required disclosures under Fed. R. Civ. P. 26(a)(1) are waived by the parties.

3. Plaintiff's initial expert report and information concerning liability and damages will be served on defendant no later than the close of the ninth month of discovery. Defendant shall serve its expert reports and information concerning liability and damages on plaintiff within 30 days thereafter.

4. Dispositive motions shall be filed by September 25, 2006; Oppositions shall be filed by October 20, 2006; and replies, if any, shall be filed by November 10,

2006.

5.  A status conference shall be held on September 6, 2006, at 9:00 am.

_____
JOHN D. BATES
United States District Judge

Signed this 7th day of March 2006.