RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

AUG 10 PM 8: 22

NANCY M.
MAYER-WHITTINGTON
CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Velerie Jones-Coe ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1056 (JDB) |
| ) | |
| District of Columbia, et al, ) | |
| ) | |
| Defendant ) | |
| ) | |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff, pursuant to Fed. R. Civ. P. Rule 6B, moves this Court for an Enlargement of Time and for the postponement of the hearing in this case for sixty days or one hundred and twenty days based upon the following grounds,

1. Petitioner is proceeding Pro Se, is, and has been seeking representation by legal counsel. Plaintiff has been and is diligently seeking pro bono representation, has been unsuccessful to date, and was referred to the local Law Schools that requires Plaintiff to make inquiry after the Law School's summer recess.

2. In addition to my efforts to obtain legal representation, Plaintiff has made diligent efforts to identify and learn the applicable rules of this Court. Despite my efforts, and based upon Plaintiff's experience with Defendants history of abusive and dilatory tactics, Plaintiff believes that she might be further harmed if not granted

RECEIVED
AUG 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

additional time to prepare for the hearing, locate and subpoena witnesses, and complete her discovery.

Respectfully submitted,

*/s/ Velerie Jones-Coe*
Velerie Jones-Coe
Plaintiff, Pro Se
August 10, 2006
Telephone Number (202) 678-0540

## CERTIFICATE OF SERVICE

I, Velerie Jones-Coe, certify that a copy of the foregoing pleading was mailed, first class postage prepaid, this 10th day of August, 2006, to:

Robert J. Spagnoletti
Attorney for the District of Columbia,

George Valentine
Deputy Attorney General
Civil Litigation Division,

Nicole L. Lynch
Section Chief general Litigation, ssII,

And
E. Louise R. Phillips
Assistant Attorney General
At 441 – 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001

_____
Velerie Jones-Coe
Plaintiff, Pro Se