THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

VELERIE JONES-COE,

               Plaintiff,

v.

DISTRICT OF COLUMBIA,

               Defendant.

Case No. 05-1056 (JDB)

**CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

      Pursuant to Fed.Civ.Pro.R. 6(b) and with the consent of Plaintiff, the District respectfully requests that the Court extend the time for them to respond to plaintiff's discovery requests. As grounds the District states as follows:

      1.      That despite due diligence, an extension of time to respond to discovery requests propounded by plaintiff is needed.

      2.      Plaintiff propounded more than the allowable thirty interrogatories specified in the Initial Scheduling Order.

      3.      A letter was sent to plaintiff requesting that she reduce the number of interrogatories propounded or inform the District in writing which interrogatories she wishes the District to answer. No response from plaintiff has been received to date.

      4.      On August 10, 2006, plaintiff filed a motion for enlargement of time to conduct discovery and to continue the Status Conference then scheduled on September 6, 2006.

      5.      On September 5, 2006, this Court granted the plaintiff's motion and continued discovery for sixty days and vacated the status hearing until November 6, 2006.

6.The District notes that dispositive motions' deadlines also need to be extended, and suggests that the Court extend these deadlines for the time periods allowed in the Initial Scheduling Order, or until December 6, 2006 for motions, January 6, 2007 for responses and January 26, 2007 for replies.

The attached Memorandum of Points and Authorities is incorporated herein by this reference.

WHEREFORE, this District moves the Court to extend the time, as follows:

| | |
|---|---|
| The District will respond to plaintiff's discovery requests | October 5, 2006 |
| Dispositive Motions due | December 5, 2006 |
| Oppositions due | January 6, 2007 |
| Replies due | January 26, 2007 |

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II


BY:_____/s/_____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6519, (main)(202) 724-6669
(Fax) (202) 727-3625
louise.phillips@dc.gov

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this 5th day of September, 2006, to:

Velerie Jones-Coe
1875 Savannah Place, SE
Washington, D. C. 20020

                                                                                                  /s/
                                                  E. Louise R. Phillips
                                                  Assistant Attorney General

THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

VELERIE JONES-COE,

        Plaintiff,

v.

DISTRICT OF COLUMBIA,

        Defendant.

Case No. 05-1056 (JDB)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

    1. Federal Court Rules of Civil Procedure 6(b).

    2. The entire record herein.

    3. Consent of Plaintiff.

    3. Lack of prejudice and judicial economy, as this Court has extended discovery sixty days and continued the status conference by minute order dated 9/5/06.

                Respectfully submitted,

                ROBERT J. SPAGNOLETTI
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                _____/s/_____
                NICOLE L. LYNCH [471953]
                Section Chief
                General Litigation § II


BY: _____/s/_____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6519, (main)(202) 724-6669
(Fax) (202) 727-3625
louise.phillips@dc.gov

THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

VELERIE JONES-COE,

        Plaintiff,

v.

DISTRICT OF COLUMBIA,

        Defendant.

Case No. 05-1056 (JDB)

## ORDER

Upon consideration of the Consent Motion to Extend Time to Respond to Plaintiff's Discovery, the attached Memorandum of Points and Authorities, and the entire record, it is this ___ day of _____, 2006;

ORDERED: That the joint motion is hereby granted and new additional deadlines will be as follows:

| | |
|---|---|
| The District will respond to plaintiff's discovery requests | October 5, 2006 |
| Dispositive Motions due | December 5, 2006 |
| Oppositions due | January 6, 2007 |
| Replies due | January 26, 2007 |

_____
Judge John D. Bates
United States District Court for the District of Columbia

cc:

Velerie Jones-Coe
1875 Savannah Place, SE
Washington, D. C. 20020

6