THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

VELERIE JONES-COE,

               Plaintiff,

v.

DISTRICT OF COLUMBIA,

               Defendant.

Case No. 05-1056 (JDB)

**EMERGENCY CONSENT MOTION TO CONTINUE THE STATUS
CONFERENCE CURRENTLY SCHEDULED FOR NOVEMEBER 6, 2006, AND
EXTEND TIME FOR DISCOVERY**

      Pursuant to Fed. Civ. Pro. R. 6(b) and with the consent of Plaintiff, the District respectfully moves the Court to continue the Status Conference currently set for November 6, 2006, to a mutually convenient time after the close of discovery. Further, the parties move the Court for an order extending discovery as outlined below.

As grounds the District, with consent of Plaintiff, states as follows:

      1.      That despite due diligence, the parties have not been able complete discovery. Currently, the plaintiff's deposition has been scheduled for December 12, 2006, the first mutually agreeable date. Defense counsel had requested that the plaintiff's deposition be scheduled after the status conference on November 6, 2006. Plaintiff indicated she was not available on that date. Plaintiff indicated that she would be out of town and unavailable for her deposition until December.

      2.      Plaintiff indicated on November 1, 2006, during the telephone call concerning discovery issues, for the first time that she wishes to conduct four depositions in this matter.

These depositions must be scheduled on mutually convenient dates which have yet to be determined. Plaintiff was only able to provide the names of three of the proposed deponents and needed time to find the name of the fourth proposed deponent and other dates when she will be available to depose these witnesses.

3. On August 10, 2006, plaintiff filed a motion for enlargement of time to conduct discovery and to continue the Status Conference then scheduled on September 6, 2006.

4. On September 5, 2006, this Court granted the plaintiff's motion, continued discovery for sixty days and continued the status hearing until November 6, 2006.

5. On September 5, 2006, the District filed its consent motion including other discovery dates needed to complete discovery.

6. On September 6, 2006, the Court granted the relief requested in the District's motion.

7. Because an extension of discovery is needed, an emergency continuation of the status conference set for November 6, 2006, is also requested. Therefore, the parties move this Court to vacate the November 6, 2006, status conference date and reset a status for a mutually convenient date after the close of discovery.

8. Fed. Civ. Pro. R. 6(b) provides that, "…the court for cause shown may at any time in its discretion (2) upon motion made after the expiration of the specified period permit he act to be done where the failure to act was a result of excusable neglect….

The attached Memorandum of Points and Authorities is incorporated herein by this reference.

2

WHEREFORE, this District, with the consent of Plaintiff, moves the Court to extend the time, as follows:

| | |
|---|---|
| Discovery ends | January 21, 2007 |
| Dispositive Motions due | March 9, 2007 |
| Oppositions due | April 9, 2007 |
| Replies due | May 9, 2007 |

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

BY: _____/s/_____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6519, (main)(202) 724-6669
(Fax) (202) 727-3625
louise.phillips@dc.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this 1st day of November, 2006, to:

Velerie Jones-Coe
1875 Savannah Place, SE
Washington, D. C. 20020

_____/s/_____
E. Louise R. Phillips
Assistant Attorney General

# THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

VELERIE JONES-COE,

        Plaintiff,

v.

DISTRICT OF COLUMBIA,

        Defendant.

Case No. 05-1056 (JDB)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE EMERGENCY CONSENT MOTION TO CONTINUE THE STATUS CONFERENCE CURRENTLY SCHEDULED FOR NOVEMEBER 6, 2006, AND EXTEND TIME FOR DISCOVERY

1. Federal Court Rules of Civil Procedure 6(b).

2. The entire record herein.

3. Consent of Plaintiff.

3. Lack of prejudice and judicial economy.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____/s/_____
        NICOLE L. LYNCH [471953]
        Section Chief
        General Litigation § II

BY: _____/s/_____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6519, (main)(202) 724-6669
(Fax) (202) 727-3625
louise.phillips@dc.gov

6

THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

VELERIE JONES-COE,

        Plaintiff,

  v.

DISTRICT OF COLUMBIA,

        Defendant.

Case No. 05-1056 (JDB)

## ORDER

Upon consideration of the Emergency Consent Motion to Continue the Status Conference Currently Set for November 6, 2006, and Extend Time for Discovery, the attached Memorandum of Points and Authorities, and the entire record, it is this ____ day of _____, 2006;

ORDERED: That the consent motion is hereby granted with deadlines as below:

| | |
|---|---|
| Discovery ends | January 21, 2007 |
| Dispositive Motions due | March 9, 2007 |
| Oppositions due | April 9, 2007 |
| Replies due | May 9, 2007 |

FURTHER ORDERED: The November 6, 2006, Status Conference is vacated and continued to _____, _____, 2007.

 

_____
Judge John D. Bates
United States District Court for the District of Columbia

cc:

Velerie Jones-Coe
1875 Savannah Place, SE
Washington, D. C. 20020