UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

VELERIE JONES-COE,

        Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.,*

        Defendants

Case No. 05-1056 (JDB)

## DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES AND DEPOSITION

Defendant District of Columbia, through undersigned counsel and pursuant to Fed.R.Civ.P. 37(a), respectfully moves this Court to compel plaintiff's responses to defendant's discovery requests and appearance at her deposition. Defendant files this motion only after exhausting all attempts to obtain the requested discovery and deposition without judicial intervention. A Memorandum of Points and Authorities in Support of this Motion and a proposed Order are attached hereto and incorporated by reference.

Pursuant to Local Rule 7(m), undersigned counsel called Ms. Jones-Coe in an attempt to resolve the outstanding discovery issues, plaintiff and undersigned counsel were not able to resolve the discovery disputes.

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

/s/
NICOLE L. LYNCH (471953)
Chief, General Litigation Section II


/s/
TONI MICHELLE JACKSON (453765)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S052
Washington, D.C. 20001
(202) 724-6602
(202) 727-3625 (fax)
E-mail:  toni.jackson@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2007, I caused the foregoing DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES AND DEPOSITION and MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Velerie Jones-Coe
1875 Savannah Place, S.E.
Washington, D.C. 20020


/s/
TONI MICHELLE JACKSON
Assistant Attorney General

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VELERIE JONES-COE,<br><br>        Plaintiff,<br>v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>        Defendants | Case No. 05-1056 (JDB) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF DEFENDANT'S MOTION TO COMPEL
PLAINTIFF'S DISCOVERY RESPONSES AND DEPOSITION**

*Preliminary Statement*

1. On July 5, 2006, defendant mailed its First Set of Interrogatories and First Request for Documents, U.S. postage prepaid, to plaintiff.

2. On August 9, 2006, plaintiff provided her responses to the District's Discovery Requests. (*See* Exh. 1, attached hereto).[1] However, the answers to the interrogatories were not under oath as required by Fed. R. Civ. P. 33(a), and the no documents were provided. In addition, the responses to the interrogatories consisted almost entirely of objections, with no answers to the questions propounded by the District.

3. On November 2, 2006, Plaintiff was notified by former defense counsel, E. Louise Phillips, that her responses to the discovery requests were inadequate, and that plaintiff needed to answer the requests completely and under oath. (*See* Exh. 2, attached hereto.). Plaintiff also received a Notice of Taking Deposition with that Letter, indicating that her Deposition was scheduled for December 12, 2006. (*Id.*).

4. On December 12, 2006, plaintiff was notified that she had failed to appear for her scheduled Deposition and that the District had not received her answers to its discovery requests. (*See* Exh. 3, attached hereto.). The District requested plaintiff contact counsel to discuss the deposition and discovery requests.

5. To date, the District has not received any correspondence or phone calls from plaintiff indicating when she will be available for her deposition, or when she will provide the overdue completed discovery requests.

6. On January 9, 2007, undersigned counsel called plaintiff about the discovery deficiencies and her deposition, and to confer with her regarding this Motion. Plaintiff indicated that she did not know when she could provide complete discovery responses and refused to provide a date for her deposition.

7. After the phone call, undersigned counsel sent plaintiff a letter summarizing their discussion. (*See* Exh. 4, attached hereto.).

8. Discovery is currently scheduled to close in this matter on January 21, 2007; the deadline for filing dispositive motions is March 9, 2007. No other court dates or deadlines are set.

II. ARGUMENT

Under Fed. R. Civ. P. 37(a)(2), a discovering party may move for an order compelling discovery where a party fails to answer an interrogatory or produce documents as requested under Rules 31, 33 and 34. The motion must certify that the movant has in good faith conferred or attempted to confer with the opposing party in an effort to secure the information

---

[1] Plaintiff's failure to provide any meaningful response to the Discovery requests should be treated as a failure to respond. *See* Fed.R.Civ.P. 37(a)(3).

without court action. Fed. R. Civ. P. 37(a). If the motion to compel is granted or the discovery is provided after the motion is filed, the Court may, in appropriate circumstances, award sanctions, including reasonable attorneys' fees. Fed. R. Civ. P. 37(a)(4).

Based on the foregoing, defendant is entitled to an order compelling plaintiff's discovery responses and deposition. Despite defendant's multiple pleas, plaintiff has refused to provide **any** meaningful response whatsoever to defendant's First Set of Interrogatories and Document Requests in violation of Rules 33 and 34. Moreover, plaintiff failed to appear at all at her Deposition, set for December 12, 2006.

III.   CONCLUSION

For the reasons stated above, defendant respectfully requests an order compelling plaintiff to respond to defendant's discovery requests under oath and in full, appear for her deposition, and awarding the District costs for the missed deposition.

>Respectfully submitted,
>
>LINDA SINGER
>Acting Attorney General
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>_____/s/_____
>NICOLE L. LYNCH (471953)
>Chief, General Litigation Section II
>
>_____/s/_____
>TONI MICHELLE JACKSON (453765)
>Assistant Attorney General
>441 Fourth Street, N.W., Suite 6S052
>Washington, D.C. 20001
>(202) 724-6602
>(202) 727-3625 (fax)
>E-mail: toni.jackson@dc.gov

3

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

VELERIE JONES-COE,

        Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.,*

        Defendants

Case No. 05-1056 (JDB)

## ORDER

Upon consideration of defendant's Motion to Compel Discovery Responses, the Memorandum of Points and Authorities in Support thereof, any opposition thereto, and the entire record herein, it is this ____ day of _____, 2007,

ORDERED, that defendant's Motion to Compel plaintiff's discovery responses and deposition appearance is hereby GRANTED; and it is,

FURTHER ORDERED, that plaintiff shall completely respond to defendant's discovery requests no later than January 31, 2007; and it is,

FURTHER ORDERED, that plaintiff appear for a deposition to be scheduled by defendant before January 30, 2007,

FURTHER ORDERED, that all costs for the December 12, 2006 deposition are awarded to the District of Columbia; and it is

FURTHER ORDERED, that plaintiff's failure to comply with any terms of this Order shall be grounds for dismissal of the plaintiff's Complaint.

                                          JUDGE JOHN D. BATES
                                          U.S. DISTRICT COURT JUDGE