# EXHIBIT 1

Robert J. Spagnoletti
Attorney General for the District of Columbia,
George C. Valentine
Deputy Attorney General Civil Litigation Division,
And
E. Louise R. Phillips
Assistant Attorney General
441 – 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001

SUBJECT: Velerie Jones-Coe's Responses to the District of Columbia's First Set of Interrogatories and Requests for Production of Documents to Plaintiff
Civil Action Case No. 05-1056 (JDB)

These answers to the interrogatories are to the best of my ability and belief.

INTERROGATORY NO. 1

As to the person answering these Interrogatories, please state your full name, present home and work addresses and phone numbers, your date of birth, and your social security number. If you have ever changed your name or been known by any other name or surname, state the name(s) used, the date and localities in which the name(s) were used, and identify all papers, documents, or applications for employment wherein such other name(s) were used.

ANSWER NO. 1 - answer is on the last page of this document – TYPING ERROR.

INTERROGATORY #2

Please describe in detail all employment or income producing activity you have engaged in within the last <u>ten</u> years (e.g. the type of work and identity of your supervisor, the date when you first began each such employment or activity, and the date and reason that each such employment or activity was terminated). Please attach to your answers a signed authorization for all employment records, naming each

employer on each applicable authorization and signing each authorization.

(Authorization forms are attached.)

ANSWER NO. 2

Plaintiff objects to this interrogatory on the grounds that it is overly broad, burdensome, not relevant to Defendant's decision to terminate Petitioner, and not relevant to Defendant's failure to reinstate Petitioner, and therefore not relevant to this litigation. Furthermore, requiring Plaintiff to seek employment is not a requirement of Petitioner's contract with Defendant.

INTERROGATORY NO. 3

State complete details for any federal, state, or D.C. government benefits for disability, unemployment, retirement, health care, or welfare benefits of any nature you have ever received (e.g., each benefit received, the name of the government paying each such benefits received, and which of the benefits are presently being received.)

ANSWER NO. 3

Plaintiff objects to this interrogatory on the grounds that it is not relevant to Defendant's decision to terminate Petitioner, not relevant to Defendant's failure to reinstate Petitioner, and therefore not relevant to this litigation.

INTERROGATORY NO. 4

Please list all educational institutions attended by you and, with respect to each such institution, please the full name and address of the institution, the period you attended that institution, the subject areas in which you concentrated and, if any, your major, and

the date of graduation and the nature of the degree conferred; if any. If you were you ever dropped, suspended, or expelled from any school or college, state the facts and circumstances surrounding each such incident. (No bearing on Defendant's decision to terminate failure to reinstate)

ANSWER NO. 4

Plaintiff objects to this interrogatory on the grounds that it is grossly overbroad and burdensome, and meant to harass. Plaintiff further objects on the same objections as Interrogatory No. 3.

INTERROGATORY NO. 5.

Other than your answers to Interrogatory number 4, list any formal or informal instruction or training, including but not limited to correspondence courses, training courses and on the job training, which you received prior to your employment with the defendants and, with respect to any such instruction or training, please state the full name and address of the institution offering such instruction or training, the time period during which you participated in such instruction or training, the nature of the institution (e.g., correspondence school) offering such instruction or training, a full and complete description of this instruction or training received, including, but not limited to, the number of hours of instruction or training and the subjects covered and whether, an how, you contend each such course provided you with direct training or experience for each position or benefits that you allege has been illegally or improperly denied.

ANSWER NO. 5

Same objections as Interrogatory No. 4

INTERROGATORY NO. 6

Please describe in detail any injuries, physical, mental or otherwise, and medical conditions that you assert you suffered as a result of the actions alleged in the complaint. In your description, include the exact injury(s) and its effect upon you (e.g. the parts of the body affected, the nature and duration of the injury, any pain, and how the severity of the injury varied over time).

ANSWER NO. 6

Situational Stress. It is common knowledge that any person, who is or has been erroneously terminated from employment and discriminated against, suffers a great extent of stress. Many times this stress is internalized. Furthermore, and more important, is the fact that all information referred to in interrogatory no. 6 has been submitted to Defendant and available to Defendant through documents submitted in relation to my claim for workers compensation

INTERROGATORY NO. 7

If you are claiming that any injuries are permanent, give complete details of such claim (e.g., the nature of said permanency and the disability claimed to result there from; the physical activities you are now prevented from performing as the result of said injuries and which injury limits each of the referred to physical activities; and the name, address, and telephone number of the person or persons you intend to rely upon to support the allegations of permanency). Provide copies of all document which relate to the injury of your claim of permanency. (D.C. Code...)

ANSWER NO. 7

Same objections as answer no.3, and 6.

## INTERROGATORY NO. 8

If, as the result of the injuries referred to in Interrogatories numbered 6 and 7, you sought to obtain medical, physical, dental, psychological, or psychiatric care, or any nursing services or domestic assistance, or attention of any kind (hereinafter "treatment"), identify each medical provider or other person from whom such treatment was sought or obtained and describe it in detail (e.g. the dates upon which it was sought or provided, what it consisted of, and the results of the treatment).

## ANSWER NO. 8

Same objections as answer no. 8

## INTERROGATORY NO. 9

Provide copies of all documents in your possession, or to which you or your attorneys have access, which relate to any medical or other treatment, care, services, or attention you received or sought as a result of the actions complained of, including medical and hospital records, reports, and statements of money paid or owed as a result of said treatment or medication. For each medical provider, custodian, or other person identified in response to the above interrogatories, provide a signed authorization in the form attached which will allow the undersigned to obtain copies of all records pertaining to medical or other treatment, care, attention, or services you sought or received as a result of the incident complained of. Please specify the applicable medical provider or other person on each authorization and execute each authorization.

ASWER NO. 9

Plaintiff objects to this interrogatory on the grounds that all information referred to in interrogatory no. 9 has been submitted to Defendant and available to Defendant through documents submitted in relation to my claim for workers compensation.

INTERROGATORY NO. 10

If, during the period of January 1, 1994, through the present, you submitted any application for employment, health, and/or life insurance, describe all circumstances of each (e.g., the identity of the person, organization, firm, or Defendant to which the application was submitted and the date or approximate date upon which the application was submitted). Attach copies of any such applications to your responses to these interrogatories.

ANSWER NO. 10

Plaintiff objects to this interrogatory on the grounds that it is overly broad, burdensome, not relevant to Defendant's decision to terminate Petitioner, and not relevant to Defendant's failure to reinstate Petitioner.

INTERROGATORY NO. 11

If you have ever suffered any mental or neurological illness or disability, or sought treatment or counseling for any psychiatric, psychological, or emotional difficulties of any kind, describe each illness, disability, or difficulty in detail (e.g., the nature of the illness, disability, or difficulty and the date or dates during which such illness, disability, or difficulty existed; the circumstances surrounding the occurrence of such illness, disability, or difficulty; the names, addresses, and telephone numbers of all doctors,

psychiatrists, psychologists, and/or counselors who may have seen, examined, or treated you for such illness or disability);

ANSWER NO. 11

Same objections as Interrogatory No. 4. Furthermore fishing expedition...

INTERROGATORY NO. 12

Aside from the specific claim asserted in this lawsuit, describe completely any claim or lawsuit, including claims for workmen's compensation or other benefits, you have ever made or filed, or which was made or filed on your behalf, whether or not arising out of personal injury (e.g., the nature and amount of the claim; the identity(s) of the party(s) against whom the claim was made; the year, month, and day, if available, of the claim; if a lawsuit, the court and caption; and, the disposition of the claim). Provide copies of all documents relating to such claims or lawsuits.

ANSWER NO. 12

Plaintiff objects to this interrogatory on the grounds that it is either not relevant to Defendant's decision to terminate Petitioner, not relevant to Defendant's failure to reinstate Petitioner, or has been submitted to and is already in possession of Defendant through my claim for workers compensation. To the extent of life insurance, the information is not presently in my possession and I am unable to obtain this info at present.

INTERROGATORY NO. 13

Have you ever entered or been committed to any institution for the treatment or observation of mental conditions, alcoholism, or narcotics addition? If so, please give complete details of such treatment (e.g., state the name and address of each such

institution, state the inclusive dates of each stay, and describe the circumstances surrounding each entry into each such institution).

ANSWER NO. 13

Same objections as answer no. 3.

INTERROGATORY NO. 14

Have any experts been consulted with respect to this action? If so, please give all details regarding their testimony (i.e., state the names and addresses of each such expert, state whether you intend to call the expert as a witness at trial, state the subject matter of his or her testimony, state the substance of the facts and opinions to which he or she is expected to testify, and summarize the grounds of each such opinion). Provide copies of each expert's curriculum vitae, any reports prepared by said expert, and any correspondence or other documents relating to correspondence between said expert and you and your attorneys.

ANSWER NO. 14

Plaintiff objects to this interrogatory on the grounds that it is overbroad, vague and unclear.

INTERROGATORY NO. 15

Identify all persons who have knowledge or possess information regarding the matters complained of, including your claims for damages, and indicate what events, occurrences, or damages about with each of those persons is knowledgeable. To the extent not identified in response to the previous inquiry, identify all persons upon whom you rely, or may rely, to support your allegations and state briefly those matters about which each may testify.

ANSWER NO. 15

Plaintiff objects to this interrogatory on the grounds that Plaintiff states that she fears giving names of all persons, who have knowledge or possess information regarding the matters complained of, to Defendant will subject them to harassment, intimidation, and/or retaliation. Further, Plaintiff objects to this interrogatory on the grounds that the information Defendant seeks is an element of defendant's burden of proof.

INTERROGATORY NO. 16

If, since the time of your employment with the District of Columbia, you made oral or written application for or inquiry about employment, with any private or governmental employer, including any other department within the District of Columbia government, state as to each such application or inquiry why you made such application or inquiry; the name, address and telephone number of the employer; the date, form and contents of each such application or inquiry; the nature of the employment sought and the pay or salary; the disposition of any such application or inquiry, and reasons given to you for such disposition; a full description of your reasons for not accepting each such position offered to you and/or any reasons communicated to you as the grounds for your not being offered such position; and please supply the name, address and telephone number of each Defendant that has assisted you in your job seeking efforts.

ANSWER NO. 16

Same objections as answer no. 4

INTERROGATORY NO. 17

Have you ever made a formal claim, charge, or complaint of any kind against any employer or potential employer? If so, for each such claim, charge, or complaint, please

state the date and place it was made; the name and address of the employer against whom it was made; the basis of the claim, charge or complaint; and the ultimate disposition thereof (e.g., whether it was upheld, found to be without basis, or otherwise settled, and the nature of any such settlement).

ANSWER NO. 17

Same objections as answer no.4.

INTERROGATORY NO. 18

Have any employees of the defendant District of Columbia or any other individuals ever made any statement about any person or committed any act, which you claim supports your allegations of discrimination? If so, please identify the employee(s) and state the time, place, and exact nature of the act or statement, the names of all other persons who were present, and your source of knowledge of the incident. Provide copies of any such written statements.

ANSWER NO. 18

Same objections as answer no. 15

INTERROGATORY NO. 19

Identify any individuals you claim were treated different than you were treated in connection with their request: 1) to work the day shift, 2) for annual, sick, or administrative leave, 3) for promotions, 4) for training, and 5) for any other job benefits you claim that you were entitled to, and describe how each individual was treated differently. Provide any documents with support your contentions.

ANSWER NO. 19

Same objections as answer no. 18

INTERROGATORY NO. 20

State fully and in detail the damage which you allege you have suffered as a result of discrimination by the defendant or its agents. Please give monetary amounts, where applicable, and attach all supporting documentation.

ANSWER NO. 20

Plaintiff objects to this interrogatory on the grounds that this information was already provided to Defendant in documents associated with this Civil Action.

INTERROGATORY NO 21

Describe each incident of discrimination, harassment, or retaliation against you which you perceived while employed by the defendants and for which you are seeking redress in this lawsuit. Separately, indicate each such incident of discrimination, retaliation or harassment against you for which you did not file a grievance, claim, charge, or complaint, and state why you did not so file.

ANSWER NO. 21

Same objections as no. 20.

INTERROGATORY NO. 22

Identify and describe the "impairment" to which you allege that defendant regards you as possessing that substantially limits a major life activity

ANSWER NO. 22

Plaintiff objects to this interrogatory on the grounds that Defendant is already in possession of any an all impairments related to this action by way of my claims for worker's compensation. Furthermore, from the date Defendant first initiated the adverse action against Plaintiff, until the last refusal to reinstate Plaintiff, Defendant acted in bad

faith and maliciously and intentionally discriminated against Plaintiff. The fact that they are now requesting this information for any purpose is to harass and intimidate Plaintiff, and is an element of Defendant's burden of proof.

INTERROGATORY NO. 23

Identify and describe the "major life activities" to which you allege that defendant regards you as "substantially limited."

ANSWER NO. 23

Same objections as no. 22

INTERROGATORY NO. 24

Do you contend that plaintiff regards you as unable to perform a "wide range of jobs." If the answer is yes, identify and describe the "wide range of jobs" that you contend that defendant regards you as unable to perform. Identify any witnesses, including experts who support this contention.

ANSWER NO. 24

Plaintiff objects to this interrogatory on the grounds that it is unclear.

INTERROGATORY NO 25

Do you contend that plaintiff regards you as unable to perform a "class of Job." If the answer is yes, identify and describe the "class of jobs" that you contend that defendant regards you as unable to perform. Identify any witnesses, including experts who support this contention.

ANSWER NO. 25

Same objection as no. 24

INTERROGATORY NO. 26

Do you contend that you are entitled to an employment "accommodation" do to a physical or mental "impairment"? If the answer is yes identify and describe the impairment as well as the accommodation to which you contend that you are entitled.

ANSWER NO. 26

Plaintiff objects to this interrogatory on the grounds that this information is not relevant to Defendants decision to terminate Petitioner, and not relevant to defendant's failure to reinstate Petitioner, and therefore not relevant to this litigation.

INTERROGATORY NO. 27

Describe all actions you contend comprise the factual basis for your claims pursuant to D.C. Code ss 1-624.45(b), produce any documents you claims support the claims and list the names, addresses and telephone numbers of any witnesses you claim will testify in support of your allegations as contained in paragraph 1 (a) of your complaint.

ANSWER NO. 27

Plaintiff objects to this interrogatory on the grounds that all information referred to has been submitted to and/or is already in the possession of Defendant. Plaintiff further objects to this interrogatory on the same grounds as answer no. 15.

INTERROGATORY NO. 28

Describe all actions you contend comprise the factual basis for your claims pursuant to the Human Rights Act, produce any documents you claim support that claims and list the names, addresses and telephone numbers of any witnesses you claim will testify in support of your allegations as contained in paragraph 1 (b) of your complaint.

ANSWER NO. 28

Same objections as answer no. 27

INTERROGATORY NO. 29

Describe all actions you contend comprise the factual basis for your claims pursuant to the Americans with Disabilities Act, produce any documents you claim support that claims and list the names, addresses and telephone numbers of any witnesses you claim will testify in support of your allegations as contained in paragraph 1 © of your complaint.

ANSWER NO. 29

Same objections as answer no. 28

INTERROGATORY NO. 30

Describe all actions you contend comprise the factual basis for your claims pursuant to Title VII, produce any documents you claim support that claims and list the names, addresses and telephone numbers of any witnesses you claim will testify in support of your allegations as contained in paragraph 1 (d) of your complaint.

ANSWER NO. 30

Same objections as answer no 28

INTERROGATORY NO 31

Describe all actions you contend comprise the factual basis for your claims pursuant to the fifth amendment, produce any documents you claim support that claims and list the names, addresses and telephone numbers of any witnesses you claim will testify in support of your allegations as contained in paragraph 1 © of your complaint.

ANSWER NO. 31

Same objections as answer no 28

RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

REQUEST NO. 1

Copies of all personnel documents reflecting your position, grade level and salary for any and all positions you have held while employed with the District of Columbia Department of Corrections.

ANSWER NO. 1

I have never held any employment with the District of Columbia Department of Corrections.

REQUEST NO. 2

Copies of any and all documents, which provide the basis for any of the allegations in your Complaint.

ANSWER NO. 2

Objection. The documents are already in Defendant's possession.

REQUEST NO. 3

Copies of any and all documents requested in connection with the above Interrogatories and as previously requested in the Interrogatories.

ANSWER NO. 3

Objection. The documents are already in Defendants possession.

REQUEST NO. 4

Copies of any and all medical and/or psychiatric/psychological/counseling records, which support any of the claims, asserted in your Complaint.

ANSWER NO. 4

Objection. The documents relevant to this Complaint is already in Defendant's possession and Plaintiff reserve the right to supplement the record and her answers as soon as she obtains any documents not available to her before the trial, in accordance with the rules of the Courts.

REQUEST NO. 5

Copies of all correspondence between plaintiff and defendant, or any its employees, as it relates to the issues in the Complaint, including, but not limited to plaintiff's complaints with the Equal Employment Opportunity Commission or D.C. Office of Human Rights.

ANSWER NO. 5

Answer is the same as answer no. 4

REQUEST NO. 6

Written statements and/or reports of any witnesses plaintiff may call at trial.

ANSWSER NO. 6

This is not in Plaintiff's possession at this time.

REQUEST NO. 7

Copies of any and all documents which plaintiff intends to use as evidence at trial.

ANSWER NO. 7

Same as answer no 5

REQUEST NO. 8

Copies of any documents in plaintiff's possession regarding the allegations in the Complaint and not previously requested herein.

ANSWER NO. 8

Same as answer no. 5

REQUEST NO. 9

Any records indicating any wage loss experienced.

ANSWER NO. 9

Objection Not relevant.

REQUEST NO. 10

Records of any job applications or other positions sought from the last day of employment with the District to date.

ANSWER NO. 10

Same as answer number 9.

REQUEST NO. 11

Copies of any "right to sue" letters or opinions of any administrative body.

ANSWER NO. 11

One copy of the "right to sue" is enclosed. Opinions of all administrative bodies are already in Defendant's possession.

REQUEST NO. 12

All income tax statements for the years since you left the defendant's employ.

ANSWER NO. 12

This request is unclear.

INTERROGATORY NO. 1

As to the person answering these interrogatories, please state your full name, present home and work addresses and phone numbers, your date of birth, and your social security number. If you have ever changed your name or been known by any other name or surname, state the name(s) used, the date and localities in which the name(s) were used, and identify all papers, documents, or applications for employment wherein such other name(s) were used.

ANSWER NO. 1

My name is Velerie Jones-Coe - 1875 Savannah Place, S.E., Washington, D.C. – (202) 678-0540, February 19, 1956 – ▮▮▮▮▮. Other name used is Velerie Jones.

Please accept my apology for any typographical errors on my behalf. These answers are to the best of my ability and belief. Without waiving any of these objections, Plaintiff reserve the right to supplement the record and/or her answers to this set of interrogatories as soon as she obtains any information or documents not available to her by the deadline for responsive answers to this set of interrogatories, and reserve the filing of supplemental answers and documents if further or different information or documents are obtained before trial, in accordance with the rules of the Courts. If Defendant wishes to question or depose any of Plaintiff's potential witnesses, this shall be arranged. Plaintiff must be present and in person and shall be allowed to tape record all conversations with potential witnesses in her trial. Plaintiff also reserves the right to require any contact by Defendant with any witness shall only be in writing and by mail with a copy of any contact automatically going to Plaintiff in advance. Plaintiff shall also

be sent a true and correct copy of any written documents produced by Defendant related to these witnesses as soon as the documents become available to Defendant.

Respectfully submitted,

_____
Velerie Jones-Coe
Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, certified return receipt, this 4th day of August 2006 to:

Robert J. Spagnoletti
Attorney General for the District of Columbia
441 4th Street, N.W., Sixth Floor south
Washington, D.C. 20001

With a copy of the foregoing mailed, first class, postage prepaid, this 4th day of August 2006 to:

E. Louise R. Phillips
Assistant Attorney General
441 – 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001

And

Nicole L. Lynch
Section Chief General Litigation ss II

_____
Velerie Jones-Coe
Pro Se