# EXHIBIT 2

Case 1:05-cv-01056-JDB    Document 24-3    Filed 01/10/2007    Page 1 of 2

_____

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Office of the Attorney General



**General Litigation Division**

November 2, 2006

Ms. Velerie Jones-Coe
1875 Savannah Place, SE
Washington, D. C. 20020

**BY U.S. MAIL**

Re: **Jones-Coe v. the District of Columbia**
Civil Action No. 05-1056 (JDB)

Dear Ms. Jones-Coe:

Enclosed is a copy of a notice of your deposition on the date and time we discussed during our conversation yesterday. I sent you a copy of the Consent Motion to Extend Discovery and Continue the Status Conference set for November 6, 2006, under separate cover. I will notify you by telephone as soon as I have received an order from the court about the status conference, as agreed.

After filing the above referenced consent motion, I reviewed the file and discovered that you have not answered the discovery requests mailed to you on July 5, 2006. In an overabundance of caution, I have included another copy for your file. The answers to the discovery requests were due on August 9, 2006, at the latest. To date, I have not received answers to the District's discovery requests. In compliance with the rules, I am sending this letter to inform you that I must receive your answers to the District's discovery requests on or before November 15, 2006, or I will be forced to file a motion to compel on behalf of my client.

Thank you in advance for your cooperation in this matter.

Sincerely,

ROBERT J. SPAGNOLETTI
Attorney General

By: _____/s/_____
    E. Louise R. Phillips
    Assistant Attorney General

Enclosures

441 4th Street, N.W., Suite 6S-066 Washington, D.C. 20001  (202) 724-6519 Fax (202) 727-3625
e-mail: louise.phillips@dc.gov