# EXHIBIT 3

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of the Attorney General



**General Litigation Division**

December 12, 2006

Ms. Velerie Jones-Coe
1875 Savannah Place, SE
Washington, D. C. 20020

**BY U.S. MAIL**

Re: **Jones-Coe v. the District of Columbia**
Civil Action No. 05-1056 (JDB)

Dear Ms. Jones-Coe:

I was disappointed that you did not appear for your deposition today at 11:00 a.m. This date was a mutually agreed upon date and you did not call to reschedule or inform me that you were subsequently unavailable for the deposition. Please contact me and discuss your failure to appear at our deposition and to provide adequate answers to the District's discovery requests mailed to you on July 5, 2006.

Thank you in advance for your cooperation in this matter.

Sincerely,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia


By: _____/s/_____
    E. Louise R. Phillips
    Assistant Attorney General

441 4th Street, N.W., Suite 6S-066 Washington, D.C. 20001  (202) 724-6519 Fax (202) 727-3625
e-mail: louise.phillips@dc.gov