# EXHIBIT 4

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of the Attorney General



**Civil Litigation Division**
General Litigation, Section II

January 10, 2007

**VIA UNITED STATES MAIL**
Ms. Velerie Jones-Coe
1875 Savannah Place, S.E.
Washington, D.C. 20020

    Re:    Jones-Coe v. District of Columbia, C.A. No. 05-1056

Dear Ms. Jones-Coe:

    Thank you for speaking with me today about your deposition appearance and discovery responses. I wanted to put in writing the concerns I raised on the phone today, in an attempt to meet and confer regarding the outstanding discovery issues in the above-entitled case.

    The first concern is your non-appearance at the December 12, 2006 deposition, and your failure to notify Defendant that you would not appear. You were required to appear for the deposition, unless you gave notice prior to the date that you needed to reschedule. As of today's date, we have not received any notice from you about a need to reschedule the deposition. You also refused to respond to my requests for a new deposition date.

    The second concern was your failure to answer the discovery requests *at all*. Every response is an objection, and then you fail to answer any of the requests or to provide the requested documents. Further, your responses were due on August 5, 2006. To date, despite several attempts to secure complete responses, we have received nothing. When we spoke today, I asked when you could respond to the Defendant's discovery requests. You indicated that you "did not know when" you could answer. This is untenable.

    I then asked for your consent to file a motion to compel. You refused consent. Based on the foregoing, I have no choice but to file a motion asking the court to compel you to answer the Defendant's discovery and to appear for a deposition.

       Thank you for your attention to this matter.

Sincerely,

LINDA SINGER
Acting Attorney General


By:_____
TONI MICHELLE JACKSON
Assistant Attorney General
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Phone: (202) 724-6602
Fax: (202) 727-3625