## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

**VELERIE JONES-COE,**

                    **Plaintiff,**

    **v.**

**DISTRICT OF COLUMBIA,** *et al.,*

        **Defendants**

**Case No. 05-1056 (JDB)**

## PRAECIPE OF WITHDRAWAL AND APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Assistant Attorney

General E. Louise Phillips as attorney for the District of Columbia in this case and enter

the appearance of Assistant Attorney General Toni Michelle Jackson as attorney for the

District of Columbia.

               Respectfully submitted,

               LINDA SINGER
               Acting Attorney General

               GEORGE C. VALENTINE
               Deputy Attorney General
               Civil Litigation Division

               _____/s/_____
               NICOLE L. LYNCH (471953)
               Chief, General Litigation Section II

               _____/s/_____
               TONI MICHELLE JACKSON (453765)
               Assistant Attorney General
               441 Fourth Street, N.W., Suite 6S052
               Washington, D.C. 20001
               (202) 724-6602
               (202) 727-3625 (fax)
               E-mail:  toni.jackson@dc.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of January, 2007, I filed the foregoing **PRAECIPE OF WITHDRAWAL AND APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Velerie Jones-Coe
1875 Savannah Place, S.E.
Washington, D.C. 20020


_____/s/_____
TONI MICHELLE JACKSON
Assistant Attorney General

2