UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VELERIE JONES-COE,

Plaintiff,

v.

DISTRICT OF COLUMBIA, et al.,

Defendants.

Civil Action No. 05-1056 (JDB)

## ORDER

This matter was set for a status conference at 9:00 a.m. on January 22, 2007. Counsel for defendant appeared, but plaintiff did not. Pending before the Court is defendant's January 10, 2007 motion to compel, which asserts that plaintiff has not responded to discovery requests or agreed to a date for her deposition. Accordingly, it is hereby

**ORDERED** that a status conference is now set for February 1, 2007 at 9:00 a.m. in Courtroom 8. Plaintiff is advised that failure to appear at that conference may result in dismissal of this action. A copy of this Order will be mailed to plaintiff by certified mail.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated: January 22, 2007