UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**VELERIE JONES-COE,**

**Plaintiff,**

v.

**THE DISTRICT OF COLUMBIA, et al.,**

**Defendants.**

Civil Action No. 05-1056 (JDB)

## ORDER

This matter was set for a status conference on January 22, 2007. Counsel for defendant appeared, but plaintiff did not. The Court then rescheduled the status conference to February 1, 2007. Plaintiff was advised that her failure to appear at that conference could result in dismissal of this action. Plaintiff did not appear at the February 1, 2007 status conference. Pending before the Court is defendant's motion to compel, which asserts that plaintiff has not responded to discovery requests or agreed to a time for her deposition.

Accordingly, it is hereby

ORDERED that this case is DISMISSED without prejudice based on plaintiff's failure to prosecute.

_____/s/_____
JOHN D. BATES
United States District Judge

DATE: February 1, 2007