

Home | Help

Track & Confirm

## Track & Confirm

**Search Results**

Label/Receipt Number: **7002 0860 0000 7772 8143**
Detailed Results:

- Delivered, January 23, 2007, 2:48 pm, WASHINGTON, DC 20020
- Arrival at Unit, January 23, 2007, 9:44 am, WASHINGTON, DC 20020

( < Back )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature<br>X  _signature_ | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:  **05-1056**<br><br>**VELERIE JONES-COE**<br>**1875 Savannah Place, SE**<br>**Washington, DC 20020** | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☐ Certified Mail     ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number (Copy from service label) | 7002 0860 0000 7772 8143 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7002 0860 0000 7774 3993**
Detailed Results:
- Delivered, January 23, 2007, 2:48 pm, WASHINGTON, DC 20020
- Arrival at Unit, January 23, 2007, 9:44 am, WASHINGTON, DC 20020

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X V@Coe    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:  051056<br><br>VELERIE JONES-COE<br>1875 Savannah Place, SE<br>Washington, DC 20020 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☐ Certified Mail    ☐ Express Mail<br>  ☐ Registered       ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    7002 0860 0000 7774 3993 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035